JS-6/ENTER

**ENTERED**
CLERK, U.S. DISTRICT COURT
January 21, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
January 21, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT THADDEUSS HERNANDEZ,<br><br>        Petitioner,<br><br>    v.<br><br>R.E. BARNES, Warden,<br><br>        Respondent. | No. ED CV 12-01887-JLS (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: January 20, 2015

_____
JOSEPHINE L. STATON
United States District Judge